**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-1260

ADRIAN D. PUGH,

Plaintiff – Appellant,

v.

MONTGOMERY COUNTY BOARD OF EDUCATION,

Defendant – Appellee,

and

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Defendant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:13-cv-02862-DKC)

Submitted: July 21, 2016                Decided: July 25, 2016

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Adrian D. Pugh, Appellant Pro Se. Edward B. Lattner, COUNTY ATTORNEY'S OFFICE, Rockville, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian D. Pugh appeals the district court's judgment granting the Montgomery County Board of Education's summary judgment motion on her race discrimination claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2015). We have reviewed the record and find no reversible error. Accordingly, although we grant Pugh's application to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Pugh v. Montgomery Cty. Bd. of Educ., No. 8:13-cv-02862-DKC (D. Md. Feb. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2